UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

TAMMYLYN KING,

                Plaintiff,

        v.                                            Civil Action No.: 16-cv-6600

U.S. SECURITY ASSOCIATES, INC.

                Defendant.
----------------------------------------------------------------X

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant U.S. SECURITY ASSOCIATES, INC., certifies that U.S. SECURITY ASSOCIATES, INC. is not a publicly traded corporation and no publicly held parent corporation owns 10% or more of Defendant's stock.

Dated:  New York, New York
            December 30, 2016

                                                     Yours, etc.

                                                     MARTIN CLEARWATER & BELL LLP

                                                By: /s/ Gregory B. Reilly
                                                      Gregory B. Reilly, Esq.
                                                      *Attorneys for Defendant*
                                                      220 East 42nd Street
                                                      New York, NY 10017
                                                      (212) 697-3122