ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 3, 2017  
START: 12:00 p.m.  
END: 12:30 pm

DOCKET NO: 16-CV-6600

CASE: King v. U.S. Security Associates Inc.2

- ☑ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Edgar Rivera |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Melanie Shaw |
|  |  |
|  |  |

- ☑ FACT DISCOVERY TO BE COMPLETED BY September 15, 2017
- ☑ NEXT (settlement) CONFERENCE SCHEDULED FOR June 6, 2017 - 2pm
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures shall be completed by March 10, 2017.

Pleadings may be amended and new parties added until April 21, 2017.

The Court defers scheduling expert discovery and requests for a premotion conference.